**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| In re: | ) |
| | ) |
| **NORTHERN NEW ENGLAND** | ) Chapter 7 |
| **DIAGNOSTICS, LLC**, | ) Case No. 19-10564 |
| | ) |
| Debtor. | ) |
| | ) |

## NOTICE OF RESIGNATION OF SUCCESSOR CHAPTER 7 TRUSTEE

1. Nathaniel R. Hull hereby provides notice of his resignation as the chapter 7 trustee for the bankruptcy estate (the "**Estate**") of Northern New England Diagnostics, LLC (the "**Debtor**").

2. I was appointed as successor chapter 7 trustee on November 1, 2019.

3. On December 17, 2019, I convened and concluded the meeting of creditors pursuant to 11 U.S.C. § 341.

4. On or about December 30, 2019, I was made aware of a potential conflict relative to the Estate.

5. Accordingly, I must decline my appointment and respectfully resign as trustee for this Estate.

6. I must further request that a successor trustee for this Estate be appointed.

7. To date, I have received $342.94 in this case, a portion of which may be subject to a secured claim, which I will deliver to the successor trustee upon appointment, along with the records which I have received in my capacity as chapter 7 trustee for this Estate.

**[Remainder of Page Left Blank]**

Dated: January 2, 2020                       Respectfully submitted,

                                                  */s/ Nathaniel R. Hull*
                                                  Nathaniel R. Hull, Esq.
                                                  CHAPTER 7 TRUSTEE
                                                  One Portland Square
                                                  Portland, Maine 04101
                                                  Telephone: (207) 774-4000
                                                  E-mail: trustee@verrilldana.com

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MAINE

| | |
|---|---|
| In re: | ) |
| | ) |
| **NORTHERN NEW ENGLAND** | ) Chapter 7 |
| **DIAGNOSTICS, LLC**, | ) Case No. 19-10564 |
| | ) |
| Debtor. | ) |
| | ) |

## CERTIFICATE OF SERVICE

I, Nathaniel R. Hull of Verrill Dana, LLP, hereby certify that on January 2, 2020, I caused to be served a true and correct copy of the Notice of Resignation of Chapter 7 Trustee electronically on all parties listed on the Court's CM/EFC list.

Dated: January 2, 2020                               Respectfully submitted,


*/s/ Nathaniel R. Hull*
Nathaniel R. Hull, Esq.
CHAPTER 7 TRUSTEE
One Portland Square
Portland, Maine 04101
Telephone: (207) 774-4000
E-mail: trustee@verrilldana.com